IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEROISE J. WASHINGTON, Dr., | ) | 8:17CV6 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ESCH, Medical Doctor, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time (Filing No. 28) is granted, as follows:

1. The first sentence of paragraph 4 of the Order Setting Schedule for Progression of Case (Filing No. 21) is modified to provide: "All dispositive motions shall be filed on or before October 10, 2017."

2. In all other respects, the progression order shall remain unchanged.

DATED this 6th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge